1  Daniel B. Olmos (CA SBN 235319)
   NOLAN BARTON & OLMOS, LLP
2  430 D Street
   Davis, CA  95616
3  Tel. (650) 326-2980
   Fax (650) 326-9704
4
5  Counsel for Defendant
   Ebony Chanel Jones

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>             Plaintiff,<br><br>     vs.<br><br>EBONY CHANEL JONES,<br><br>             Defendant. | Case No.  2:21-cr-93-04 WBS<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Robert J. Artuz, and Defendant Ebony Chanel Jones, through her undersigned counsel, that the Sentencing Hearing in this matter be continued from June 21, 2022, to September 12, 2022.

IT IS SO STIPULATED.

Dated: May 10, 2022     NOLAN BARTON & OLMOS, LLP

                         */s/ Daniel B. Olmos*
                        Daniel B. Olmos
                        Attorney for Defendant Ebony Chanel Jones


Dated: May 10, 2022     PHILLIP A. TALBERT, United States Attorney

                         */s/ Robert J. Artuz*
                        By:  Robert J. Artuz
                        Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES, | Case No. 2:21-cr-93-04 WBS |
| Plaintiff, | **ORDER TO CONTINUE SENTENCING HEARING** |
| v. | |
| EBONY CHANEL JONES, | |
| Defendant. | |

GOOD CAUSE APPEARING, and pursuant to stipulation by the parties, it is hereby ordered that the Sentencing Hearing as to EBONY CHANEL JONES currently scheduled for June 21, 2022, be continued to September 12, 2022, at 9:00 a.m.

**Dated:  May 10, 2022**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE