Daniel B. Olmos (SBN: 235319)
NOLAN BARTON & OLMOS, LLP
430 D Street
Davis, CA 95616
(650) 326-2980 (t)
(650) 326-9704 (f)
dolmos@nbo.law

Attorney for Defendant
Ebony Chanel Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-93-04 WBS |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| v. | |
| EBONY CHANEL JONES, | |
| Defendant . | |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Robert Artuz, and Defendant Ebony Chanel Jones, through her undersigned counsel, that the sentencing hearing in this matter be continued from September 12, 2022, to October 24, 2022.

The parties stipulate to the following schedule:

| | |
|---|---|
| The draft Presentence Report shall be disclosed to counsel no later than: | September 12, 2022 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | September 26, 2022 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | October 3, 2022 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | October 10, 2022 |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING
*U.S. v. Jones*, Case No. 2:21-cr-93-WBS

1

| Reply, or Statement of Non-Opposition: | October 17, 2022 |
|---|---|
| Judgment and Sentencing Date: | October 24, 2022 |

IT IS SO STIPULATED.

Dated: July 21, 2022                                    NOLAN BARTON & OLMOS, LLP

                                                        /s/ *Daniel B. Olmos*
                                                        Daniel B. Olmos
                                                        Attorney for Defendant Ebony Chanel Jones

Dated: July 21, 2022                                    PHILLIP A. TALBERT
                                                        United States Attorney

                                                        /s/ *Robert Artuz*
                                                        Robert Artuz
                                                        Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-93-04 WBS |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO CONTINUE SENTENCING HEARING** |
| EBONY CHANEL JONES, et al., | |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to the stipulation by the parties, it is hereby ordered that the sentencing hearing for Defendant Ebony Chanel Jones currently scheduled for September 12, 2022, be continued to October 24, 2022, at 9:00 a.m. The Court hereby orders the following schedule:

| | |
|---|---|
| The draft Presentence Report shall be disclosed to counsel no later than: | September 12, 2022 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | September 26, 2022 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | October 3, 2022 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | October 10, 2022 |
| Reply, or Statement of Non-Opposition: | October 17, 2022 |
| Judgment and Sentencing Date: | October 24, 2022 |

Dated: July 22, 2022

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING
*U.S. v. Jones*, Case No. 2:21-cr-93-WBS